**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NEIMAN SMITH,**                                                                                    **PLAINTIFF**
**ADC # 164464**
**v.**                                    **CASE NO: 4:25-cv-00012-JM-JTK**

**QUENTIN D. BAKER, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's deliberate indifference to serious medical needs claims against Defendant Douangkesone are dismissed without prejudice as improperly joined;

2.      Plaintiff's corrective inaction claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

3.      Defendants Douangkesone, Payne, and Gibson are TERMINATED as parties to this action; and

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 19th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE