IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NEIMAN SMITH, PLAINTIFF

v.                              4:25CV00012-JM-JTK

QUENTIN D. BAKER, et al.                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Smith's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendant Baker be DISMISSED without prejudice for failure to prosecute and lack of service; and

2. Defendant Baker be TERMINATED as a party to this action.

Dated this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE