**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

NEIMAN SMITH, PLAINTIFF

v. 4:25CV00012-JM-JTK

QUENTIN D. BAKER, et al. DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 70) is DENIED.

Dated this 1st day of October, 2026.

______________________________
UNITED STATES DISTRICT JUDGE